**Stephen M. PARTIN, Appellant,**

v.

**YOUNG, Dr., C.M.S. Staff Doctor, Maximum Security Unit, ADC; Loretta Engstrom, C.M.S. Office Case Worker, Maximum Security Unit, ADC (originally sued as Engstrom); John Byus, Director, C.M.S. Health Care, Arkansas Department of Correction; Larry Norris, Director, Arkansas Department of Correction; Max Mobley, Deputy Director of C.M.S. Health Care, Arkansas Department of Correction, Appellees.**

No. 02–2096.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 24, 2002.

Decided Oct. 8, 2002.

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

PER CURIAM.

Arkansas inmate Stephen M. Partin appeals the district court's* dismissal without prejudice of Partin's 42 U.S.C. § 1983 denial-of-medical-care lawsuit. Having carefully reviewed the record, we agree with the district court that Partin failed to exhaust available prison administrative remedies for all his claims. *See* 42 U.S.C. § 1997e(a); *Graves v. Norris,* 218 F.3d 884, 885–86 (8th Cir.2000) (per curiam). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

* The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.